Andrew M. Hutchison (State Bar No. 289315)
COZEN O'CONNOR
101 Montgomery St., Suite 1400
San Francisco, California 94104
Tel:   (415) 644-0914
Fax:   (415) 644-0978
Email: ahutchison@cozen.com

Attorneys for Plaintiff,
COUNTRY FRESH BATTER, INC., D/B/A
HOPE'S COOKIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| COUNTRY FRESH BATTER, INC. D/B/A HOPE'S COOKIES, a Pennsylvania corporation, | Case No. |
| Plaintiff, | **COMPLAINT FOR:** |
| v. | 1. BREACH OF CONTRACT; and |
| LION RAISINS, INC., a California corporation, | 2. FRAUD |
| Defendant. | DEMAND FOR JURY TRIAL |

Plaintiff Country Fresh Batter, Inc., doing business as Hope's Cookies, for its claims against Lion Raisins, Inc., alleges as follows:

1.     Plaintiff Country Fresh Batter, Inc., doing business as Hope's Cookies ("Hope's"), is a Pennsylvania corporation with its principal place of business in Pennsylvania.

1
COMPLAINT

LEGAL\33319277\1

2. Plaintiff is informed and believes, and thereon alleges, that at all material times herein, Defendant Lion Raisins, Inc. ("Lion") is a California corporation with its principal place of business in California.

3. This Court has subject matter jurisdiction of this action under 28 U.S.C. § 1332.

4. Personal jurisdiction and venue properly lies in the United States District Court for the Eastern District of California pursuant to 28 U.S.C. § 1391 because Lion transacts business in this district. In addition, Hope's and Lion entered into a contract (the "2017 Raisins Contract") whereby the parties agreed that any lawsuit involving a dispute relating to the 2017 Raisins Contract that meets this Court's jurisdictional requirements would be venued in this Court. A true and correct copy of the 2017 Raisins Contract is attached as Exhibit A. Further, Lion is subject to personal jurisdiction in this judicial district by virtue of their doing business in this district and their systematic contacts with this district.

5. Hope's Cookies is in the business of making and selling cookies using natural ingredients.

6. Since 2014, Hope's has purchased raisins from Lion to use in Hope's cookies.

7. On or about December 13, 2016, Hope's and Lion entered into the 2017 Raisins Contract.

8. Under the terms of the 2017 Raisins Contract, Lion was to supply 756,000 pounds of Lion Select Raisins, Oil Treated, as ordered by Hope from January 1, 2017 through December 31, 2017, at a price of $0.87 per pound.

9. From January 2017 through August 2017, Hope's submitted purchase orders to Lion for the purchase of raisins pursuant to the terms of the 2017 Raisins Contract. Lion accepted Hope's purchase orders and fulfilled orders through August 2017.

10.     From January 2017 through August 2017, Hope's had ordered, received, and paid for a total of 408,000 pounds from Lion.

11.     In August 2017, Hope's placed Purchase Orders 30093, 30094, and 30095, all of which Lion confirmed on August 25, 2017.  True and correct copies of the order confirmations for these Purchase Orders are attached as Exhibit B.

12.     On September 12, 2017, without advance notice or warning, Lion wrongfully and without justification terminated the 2017 Raisins Contract and the purchase orders confirmed on August 25, 2017.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

13.     Hope's incorporates by reference the allegations in paragraphs 1 through 12, as though here fully set forth herein.

14.     Hope's has complied with all terms of the 2017 Raisins Contract except for those terms it is excused from performing due to breach by Lion.

15.     On or about September 12, 2017, Lion breached the terms of the 2017 Raisins Contract by failing and refusing to perform its obligations under the 2017 Raisins Contract.  Among other things, Lion has breached its obligation under the 2017 Raisins Contract to supply the balance of 348,000 pounds of Hope's 2017 allocation of raisins.

16.     As a direct and proximate result of Lion's breach of the 2017 Raisins Contract, Hope's has incurred substantial additional costs to cover the cost of substitute raisins.  To date, Hope's has covered 211,800 pounds of the undelivered 348,000 pounds of raisins at a cost of $288,810, which is $104,544 more than what would have been the $84,266 cost at the contracted price of $0.87 per pound.

17.     Hope's is informed and believes, and thereon alleges, that the 136,200 pounds still remaining on the 2017 Raisins Contract will cost an additional $100,000 over the contracted price of $0.87 per pound.

18. As a direct and proximate result of Lion's breach of the 2017 Raisins Contract, Hope's has also incurred and will continue to incur additional costs and expenses in connection with effecting the cover of purchasing substitute raisins.

## SECOND CAUSE OF ACTION

### (Fraud)

19. Hope's incorporates by reference the allegations in paragraphs 1 through 18, as though here fully set forth herein.

20. On September 12, 2017, Lion terminated the 2017 Raisins Contract by (1) invoking the "Performance" clause and (2) asserting that Hope's breached the 2017 Raisins Contract by failing to pull shipments evenly as required under the 2017 Raisins Contract.

21. Lion's assertion that it was invoking the "Performance" clause in the 2017 Raisins Contract as a basis for terminating the 2017 Raisins Contract was false, wrongful, and without justification.

22. Lion's assertion that Hope's failed to pull shipments evenly as required in the 2017 Raisins Contract was false, wrongful, and without justification.

23. Lion knew that the above assertions purportedly supporting its termination of the 2017 Raisins Contract were false, or Lion made the above assertions recklessly and without regard for their truth.

24. Lion intended that Hope's rely on the false assertions purportedly supporting its termination of the 2017 Raisins Contract, in order to: (1) avoid honoring the contract price of $0.87 per pound for raisins; and (2) force Hope's to purchase raisins from sources other than Lion.

25. Although Hope's knew that Lion's assertions purportedly supporting Lion's termination of the 2017 Raisins Contract were false, Hope's had to reasonably and justifiably rely upon the fact that the 2017 Raisins Contract was

being wrongfully terminated, and therefore had to cover the 348,000 pounds of raisins that had been contacted for through the end of 2017, but would not be delivered by Lion.

26.     As a direct and proximate result of Lion's false assertions purportedly supporting its termination of the 2017 Raisins Contract, Hope's had to purchase raisins from other sources and has incurred, and continues to incur substantial additional costs to cover the cost of substitute raisins that it would not have incurred but for Lion's termination of the 2017 Raisins Contract under false pretenses.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Country Fresh Batter, Inc., doing business as Hope's Cookies, prays for judgment against Defendant as follows:

1. For damages in excess of $225,000;
2. For attorneys' fees, costs and other expenses incurred herein;
3. For prejudgment interest;
4. For punitive damages; and
5. For such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff Country Fresh Batter, Inc., doing business as Hope's Cookies, demands a jury trial.

Dated: November 14, 2017              COZEN O'CONNOR


                                      By:  *s/ Andrew M. Hutchison*
                                           Andrew M. Hutchison
                                           Attorneys for Defendant
                                           COUNTRY FRESH BATTER, INC.
                                           D/B/A HOPE'S COOKIES

# EXHIBIT A

## LION RAISINS COMPANY CONTRACT
DATE ENTERED: _____

3067

| Buyers Order No. | | P.O. Box 1350<br>Selma, CA 93662<br>Tel. (559) 834-6677 Fax (559) 834-6622 | Contract No. | Date Complete |
|---|---|---|---|---|
| | | | 2017A | |

Account No: 1635
Sold To: Hope's Cookies

Buyer: Sandra Lemishko
       Bill Klinefelter (Loar & Young)
Address: 221 King Manor Drive
         King of Prussia, PA 19406

Tel: 717-293-8055 (L&Y)
Fax: 717-293-8960 (L&Y)

FOB: King of Prussia
Routing: Truck – Piggyback
Date of Sale: December 13, 2016

Contract Period: January 1, 2017 through December 31, 2017

| No. of Packages | Size of Packages | Description | Quantity in Pounds | Price |
|---|---|---|---|---|
| 25,200 cs | 30 lb | Lion Select Raisins, Oil Treated | 756,000 lbs | $0.87/lb |

LCQ required with each order.

SHIPPING ADDRESS: Hope's Cookies
                  221 King Manor Drive
                  King of Prussia, PA 19406

Price: Delivered (In FTL's only)
Terms: Net 15 Days
Pallets: Billed at $6 each

Lion requires the buyer to notify seller 10 days, in advance of shipment date, to allow for the processing of each order.

Subject to Lion Raisins Contract Proposal Terms and Conditions

Product is to be withdrawn evenly throughout the contract period.

Thank you for your trust and loyalty to our company. Please sign and fax return this contract to 559-834-6622 or Email (customerservice@lionraisins.com) within 24 hours of receipt to confirm your booking.

Page 1 of 2

Broker: Loar & Young
Address: 1603 Oregon Pike
         Lancaster, PA 17601
         1% Brokerage

Buyer: Hope's Cookies
By: _____

Seller: Lion Raisin Company
By: _____

**LION RAISINS CONTRACT PROPOSAL**
**TERMS AND CONDITIONS**
Page 2 of 2

**ISSUANCE:** The issuance of any documents indicating shipment or warehousing shall be conclusive evidence of shipment and warehousing as of the date of the document.

**PERFORMANCE:** If at any time within ten (10) days prior to shipping date Seller determines that it is impossible by reason of blockade, embargo, or withdrawal of service, Seller shall notify Buyer, and in the absence of instructions within three (3) business days to ship via another open route, Seller may at its option, store and insure the goods for the buyer's account or ship by an overland route at current freight rates.
If the operations of the Seller shall be prevented or interfered with by exercise of Governmental authority, or by force majeure, embargo, war, civil uprising, fire, strikes, acts of God, or similar casualty beyond reasonable control of Seller, the Seller shall be excused from performance hereof. In the event of any other product unavailability or weather related damage to raisin crops subsequent to the sale date of this contract, Seller may reduce quantity(ies) herein by twenty-five percent (25%) without penalty; if more than twenty-five percent (25%) of the ordered amount is not shipped by Seller, Seller shall pay damages not greater than five percent (5%) of the contract price of the shorted amounts below seventy-five percent (75%) of the ordered amount.

**RECEIPT OF SHIPMENT:** In all disputes involving Buyer's claims, regarding quality and/or condition, this contract shall be considered fully complied with on Seller's part unless Buyer makes its written claim within seven (7) days after arrival of product for such alleged deficiencies. Notification of loss or damage must be given at the time of delivery. Failure to give proper notification or allow opportunity for inspection of damage before unloading forfeits the Buyer's right to file a claim for lost and/or damaged goods. Reasonable time must be allowed to give the carrier or the insurance adjuster the opportunity to inspect the claimed damage prior to unloading. The Buyer must retain a copy of the Exception Report which should be filed with the claim. THE SELLER IS NOT LIABLE FOR SPECIAL, CONSEQUENTIAL, INDIRECT, OR PUNITIVE DAMAGES OR ATTORNEY'S FEES, OR FOR ANY AMOUNT IN EXCESS OF THE AMOUNT SHIPPED FOR CLAIMS BY BUYER FOR QUALITY, GRADE, AND CONDITION. The Seller is not liable for loss caused as a result of delays. Claims for amount less than $100.00 per shipment will not be processed and will be denied.

**CONDITIONS:** Buyer shall return to Seller by facsimile or Email (customerservice@lionraisins.com) an executed copy of this Contract Proposal within twenty-four (24) hours of delivery by facsimile or Email to it. Should Buyer not return the executed copy as indicated, Seller shall have no responsibility to meet any term(s) defined herein. Withdrawal of product by Buyer constitutes acceptance of all terms and conditions of this Contract Proposal. Buyer shall withdraw each month, on a three month average, at least eighty-five percent (85%) of the total amount of product stated herein divided by the total number of months stated as the contract period herein. Should Buyer not withdraw at least 85% of the three month average as outlined herein, Seller may dispose of the non-withdrawn amount in its sole discretion and without recourse from Buyer. Any product not withdrawn pursuant to contract may at Seller's discretion, be stored by Seller, in the manner that the Seller best sees fit, and invoiced for the non withdrawn amount, for recurring storage charges, and carrying charges. Seller may resell and/or otherwise dispose of the product, and invoice Buyer for all costs and/or losses incurred with such disposal. Seller may, but is not required to, notify Buyer when said non-withdrawn product is no longer available to Buyer pursuant to this contract. Seller shall have no responsibility to Buyer and Buyer shall have no recourse against Seller for non-delivery of said non-withdrawn product. Buyer will be assessed a carrying charge for all quantities of this contract not withdrawn by it at a rate of twelve percent (12%) per annum for the time from which the product was to be withdrawn until the last delivery date of any product included in this contract. Any invoices pursuant to this paragraph shall be paid in full by Buyer within 15 days. Time is of the essence of this agreement and of each of the obligations hereunder.

**DISPUTES:** Any and all disputes relating to this contract that cannot be resolved through correspondence and communications shall be resolved in the Superior Court, County of Fresno, State of California, unless the amount in dispute exceeds $75,000.00 AND there is diversity jurisdiction between Seller and Buyer and then the matter will be resolved in the United States District Court for the Eastern District of California at Fresno. Buyer and Seller agree that if a lawsuit is filed, the prevailing party will be entitled to all costs and attorneys' fees incurred as a result of said lawsuit. If one party institutes a lawsuit, the other party agrees to accept service of process of the summons and complaint by certified mail. Interpretation of this contract, and all disputes related to it, shall be pursuant to California law.

**CONTRACT PROVISIONS:** Brokers and salesmen are not authorized to sign this Contract Proposal nor change the terms or wording without written authorization by Seller. All terms and conditions defined herein shall be binding on all parties to this contract, unless deviations there from are specifically agreed to in writing and signed by the Buyer and Seller. Failure to enforce any term or provision of this contract does not waive the right to enforce said term and/or provision on separate deliveries. This is the final and complete agreement and supersedes any and all prior or contemporaneous agreements.

**ASSIGNABILITY:** This contract is not assignable by Buyer without written consent of Seller.

LASTEST REVISION 03-08-2016

# EXHIBIT B



***** Order Confirmation *****

|  |  |
|---|---|
| To: BILL @ L&Y<br>HOPE'S COOKIES<br>Fax Phone: 717-293-8960<br>From: Grover Dickinson<br>Subject: Order Confirmation | Date: 08/25/2017<br>Our Order Number: 165282<br>Account #: 1635 |
| Ship To: HOPE'S COOKIES<br>221 KINGS MANOR DRIVE<br>KING OF PRUSSIA, PA  19406 | PO Number: 30092<br>Ordered by: BILL @ L&Y |
| Bill To: 221 KING MANOR DRIVE<br>KING OF PRUSSIA, PA  19406 |  |

This confirms your order consisting of the following:

| QUANTITY | ITEM | PRICE |
|---|---|---|
| 1,360 | 30 LB LION SELECT RAISINS, OIL DRESSED | Per Contract |

Terms:  FOB: KING OF PRUSSIA, PA  19406 - Net 15 Days
Estimated Arrival Date: 11/21/2017
Freight: Delivered              Pallet Charge:  Customer Billed @ $6.00

Your order will be shipped as described. Corrections or adjustments must be made by Fax (559-834-6622) or Email (customerservice@lionraisins.com). Please sign and return by Fax or Email if order is correct as stated.

Any and all disputes regarding the above described shipment shall be venued in Fresno County, California, and the prevailing party to any such dispute shall, in addition to any amount awarded, also receive reasonable attorney fees and costs. The terms and conditions herein represent the final and complete agreement and supersedes all prior and contemporaneous agreements.

Thank you for your continued patronage!

_____          _____
Buyer Name (print) and Title                    Date

_____
Buyer Signature

P.O. Box 1350 * Selma, CA  93662, U.S.A.
Telephone (559) 834-6677 * Fax (559) 834-6622
ALL QUOTATIONS SUBJECT TO SELLER'S FINAL COMFIRMATION
*Equal Opportunity Employer*



***** Order Confirmation *****

|  |  |
|---|---|
| To: BILL @ L&Y<br>HOPE'S COOKIES<br>Fax Phone: 717-293-8960<br>From: Grover Dickinson<br>Subject: Order Confirmation | Date: 08/25/2017<br>Our Order Number: 165283<br>Account #: 1635 |
| Ship To: HOPE'S COOKIES<br>221 KINGS MANOR DRIVE<br>KING OF PRUSSIA, PA 19406 | PO Number: 30093<br>Ordered by: BILL @ L&Y |
| Bill To: 221 KING MANOR DRIVE<br>KING OF PRUSSIA, PA 19406 | |

This confirms your order consisting of the following:

| QUANTITY | ITEM | PRICE |
|---|---|---|
| 1,360 | 30 LB LION SELECT RAISINS, OIL DRESSED | Per Contract |

Terms: FOB: KING OF PRUSSIA, PA 19406 - Net 15 Days
Estimated Arrival Date: 09/27/2017
Freight: Delivered                           Pallet Charge: Customer Billed @ $6.00

Your order will be shipped as described. Corrections or adjustments must be made by Fax (559-834-6622) or Email (customerservice@lionraisins.com). Please sign and return by Fax or Email if order is correct as stated.

Any and all disputes regarding the above described shipment shall be venued in Fresno County, California, and the prevailing party to any such dispute shall, in addition to any amount awarded, also receive reasonable attorney fees and costs. The terms and conditions herein represent the final and complete agreement and supersedes all prior and contemporaneous agreements.

Thank you for your continued patronage!

_____          _____
Buyer Name (print) and Title                    Date

_____
Buyer Signature



***** Order Confirmation *****

To: BILL @ L&Y
HOPE'S COOKIES
Fax Phone: 717-293-8960
From: Grover Dickinson
Subject: Order Confirmation

Date: 08/25/2017
Our Order Number: 165284
Account #: 1635

Ship To: HOPE'S COOKIES
221 KINGS MANOR DRIVE
KING OF PRUSSIA, PA  19406

PO Number: 30094
Ordered by: BILL @ L&Y

Bill To: 221 KING MANOR DRIVE
KING OF PRUSSIA, PA  19406

This confirms your order consisting of the following:

| QUANTITY | ITEM | PRICE |
|---|---|---|
| 1,360 | 30 LB LION SELECT RAISINS, OIL DRESSED | Per Contract |

Terms: FOB: KING OF PRUSSIA, PA  19406 - Net 15 Days
Estimated Arrival Date: 10/12/2017
Freight: Delivered                    Pallet Charge: Customer Billed @ $6.00

Your order will be shipped as described. Corrections or adjustments must be made by Fax (559-834-6622) or Email (customerservice@lionraisins.com). Please sign and return by Fax or Email if order is correct as stated.

Any and all disputes regarding the above described shipment shall be venued in Fresno County, California, and the prevailing party to any such dispute shall, in addition to any amount awarded, also receive reasonable attorney fees and costs. The terms and conditions herein represent the final and complete agreement and supersedes all prior and contemporaneous agreements.

Thank you for your continued patronage!

_____        _____
Buyer Name (print) and Title                  Date

_____
Buyer Signature