Andrew M. Hutchison (State Bar No. 289315)
COZEN O'CONNOR
101 Montgomery St., Suite 1400
San Francisco, California 94104
Tel:     (415) 644-0914
Fax:    (415) 644-0978
Email:  ahutchison@cozen.com

Attorneys for Plaintiff,
COUNTRY FRESH BATTER, INC.,
d/b/a HOPE'S COOKIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| COUNTRY FRESH BATTER, INC., D/B/A HOPE'S COOKIES, a Pennsylvania corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LION RAISINS, INC., a California corporation,<br><br>　　　　　Defendant. | Case No. 1:17-cv-1527-DAD-BAM<br><br>Hon. Dale A. Drozd<br><br>**JOINT STIPULATION TO EXTEND CERTAIN DISCOVERY DEADLINES AND ORDER** |

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 143 of the Local Rules of the District Court for the Eastern District of California and Fed. R. Civ. P. 15(a)(2), Plaintiff Country Fresh Batter, Inc., doing business as Hope's Cookies ("Plaintiff" or "Hope's") and Defendant Lion Raisins, Inc. ("Defendant" or "Lion") hereby submit the following stipulation to extend certain currently scheduled discovery deadlines as set forth below.

## **RECITALS**

WHEREAS, on or about April 24, 2018, this Court, pursuant to Fed. R. Civ. P. 16 and 26, issued a Scheduling Order (Dkt. 16) setting October 5, 2018 as the non-expert discovery cut-off, October 16, 2018 as the deadline for initial expert witness disclosures, and November 15, 2018 as the supplemental expert witness disclosures;

WHEREAS, Plaintiff filed its first amended complaint on July 13, 2018;

WHEREAS, Lion filed its answer to the first amended complaint on August 3, 2018;

WHEREAS, the parties have been engaged in written and oral discovery in this action;

WHEREAS, the parties are currently meeting and conferring regarding certain written discovery issues;

WHEREAS, due to scheduling conflicts for witnesses and the parties' counsel, the parties agreed to continue the previously noticed depositions for several witnesses;

WHEREAS, the parties have agreed to a short extension of thirty-five (35) days to November 9, 2018 as the non-expert discovery cut-off;

WHEREAS, the parties do not anticipate having any experts in this case at this time, but in the event either party ultimately decides to have an expert, the parties have agreed to November 16, 2018, as the deadline for initial expert witness

disclosures, and December 7, 2018 as the deadline for supplemental expert witness disclosures;

WHEREAS, the parties are not requesting any other changes to the deadlines set forth in the prior Scheduling Order (Dkt. 16) including the cutoff of expert discovery, the deadline for filing pretrial motions, or the dates of the pretrial conference and trial;

WHEREAS, neither party will be prejudiced by the continuance of the current non-expert discovery cut-off and expert witness and supplemental expert witness disclosure deadlines; and

WHEREAS, this is the first request that the Court amend the scheduling order to extend the non-expert discovery cut-off and expert witness and supplemental expert witness disclosure deadlines.

## **STIPULATION**

NOW THEREFORE, the parties, through their respective counsel, jointly propose and stipulate to the following:

The deadlines in the Scheduling Order (Dkt. 16) previously set forth by the Court shall be revised as follows, or set on such other dates as the Court determines:

All non-expert discovery, including motions to compel, shall be completed no later than **November 9, 2018**. Initial expert witness disclosures by any party shall be served no later than **November 16, 2018**. Supplemental expert witness disclosures by any party shall be served no later than **December 7, 2018**.

///
///
///
///
///
///

3
JOINT STIPULATION TO EXTEND CERTAIN DISCOVERY DEADLINES

Dated: September 24, 2018      COZEN O'CONNOR


                               By: *s/ Andrew M. Hutchison*
                               ────────────────────────────
                                   Andrew M. Hutchison
                                   Attorneys for Plaintiff
                                   COUNTRY FRESH BATTER, INC.
                                   D/B/A HOPE'S COOKIES


Dated: September 24, 2018      LION RAISINS, INC.


                               By: *s/ Bertram T. Kaufman*
                               ────────────────────────────
                                   Bertram T. Kaufman
                                   Attorney for Defendant
                                   LION RAISINS, INC.


## **ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, the Scheduling Conference Order issued on April 28, 2018, is modified as follows: All non-expert discovery, including motions to compel, shall be completed no later than **November 9, 2018**. Initial expert witness disclosures by any party shall be served no later than **November 16, 2018**. Supplemental expert witness disclosures by any party shall be served no later than **December 7, 2018**.

IT IS SO ORDERED.

   Dated:   **September 26, 2018**             /s/ *Barbara A. McAuliffe*
                                          ─────────────────────────────
                                          UNITED STATES MAGISTRATE JUDGE