Andrew M. Hutchison (State Bar No. 289315)
COZEN O'CONNOR
101 Montgomery St., Suite 1400
San Francisco, California 94104
Tel:       (415) 644-0914
Fax:       (415) 644-0978
Email:     ahutchison@cozen.com

Attorneys for Plaintiff,
COUNTRY FRESH BATTER, INC.,
d/b/a HOPE'S COOKIES

Bertram T. Kaufmann (State Bar No. 149499)
9500 S. DeWolf Avenue
P.O. Box 1350
Selma, CA 93622
Tel:  (559) 834-6677
Email: bkaufmann@lionraisins.com

Brian C. Leighton (State Bar No. 090907)
LAW OFFICES OF BRIAN C. LEIGHTON
755 N. Peach Avenue, Suite G-10
Clovis, CA  93611
Tel: (559) 297-6190
Email: brian@lawleighton.com

Attorneys for Defendant, LION RAISINS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| COUNTRY FRESH BATTER, INC., D/B/A HOPE'S COOKIES, a Pennsylvania corporation,<br><br>        Plaintiff,<br><br>v.<br><br>LION RAISINS, INC., a California corporation,<br><br>        Defendant. | Case No. 1:17-cv-1527-DAD-BAM<br><br><br>**STIPULATION TO ENLARGE TIME FOR EXPERT DISCOVERY AND [ORDER** |

Pursuant to Local Rule 143 of the Local Rules of the District Court for the Eastern District of California and this Court's Amended Scheduling Conference Order (ECF Dkt. No. 41), Plaintiff Country Fresh Batter, Inc., doing business as Hope's Cookies ("Plaintiff" or "Hope's") and Defendant Lion Raisins, Inc. ("Defendant" or "Lion") hereby submit the following Stipulation to enlarge the time for expert discovery.

<h2 style="text-align:center"><u>RECITALS</u></h2>

WHEREAS, on November 16, 2018, this Court held a Telephonic Status Conference in which the parties addressed the scheduling of new case management deadlines, including trial;

WHEREAS, on November 19, 2018, the Court entered an Amended Scheduling Conference Order (ECF Dkt. No. 41), which requires the parties to serve initial expert witness disclosures no later than February 19, 2019, to serve supplemental expert witness disclosures no later than March 8, 2019, and to complete all expert discovery, including motions to compel, no later than April 19, 2019;

WHEREAS, the Amended Scheduling Conference Order also requires the parties to complete all non-expert discovery, including motions to compel, no later than March 29, 2019;

WHEREAS, the parties have engaged in non-expert discovery after the Court entered the Amended Scheduling Conference Order (*see* Declaration of Andrew M. Hutchison ("Hutchison Decl.") at ¶ 2);

WHEREAS, as of the filing of this Stipulation, the parties are actively engaged in settlement discussions (*see* Hutchison Decl., ¶ 3);

WHEREAS, while the parties are engaged in settlement discussions, the parties' respective counsel have met and conferred and have agreed to request an enlargement of time of three (3) weeks to March 12, 2019 for serving initial expert disclosures, an enlargement of time of three (3) weeks to March 29, 2019 for

STIPULATION TO ENLARGE TIME FOR EXPERT DISCOVERY AND ORDER

serving supplemental expert disclosures, and an enlargement of time of one (1) week to April 26, 2019, to complete all expert discovery, including motions to compel (*see* Hutchison Decl., ¶ 4);

WHEREAS, the parties' request for an enlargement of time for expert discovery does not change the dates for the non-expert discovery cutoff, the pretrial motion filing deadline, the pretrial conference scheduled for July 22, 2019, or the jury trial scheduled for September 24, 2019 (*see* Hutchison Decl., ¶ 5).

## STIPULATION

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that the time for expert discovery will be enlarged as follows: the parties to serve initial expert witness disclosures no later than **March 12, 2019**, to serve supplemental expert witness disclosures no later than **March 29, 2019**, and to complete all expert discovery, including motions to compel, no later than **April 26, 2019**.

Dated: February 15, 2019       COZEN O'CONNOR

By: *s/ Andrew M. Hutchison*
Andrew M. Hutchison
Attorneys for Plaintiff
COUNTRY FRESH BATTER, INC.
D/B/A HOPE'S COOKIES

Dated: February 15, 2019       LION RAISINS, INC.

By: *s/ Bertram T. Kaufmann*
Bertram T. Kaufmann
Attorney for Defendant
LION RAISINS, INC.

STIPULATION TO ENLARGE TIME FOR EXPERT DISCOVERY AND ORDER

# ORDER

Based upon the stipulation of the parties, and the interest of justice, it is HEREBY ORDERED that a limited continuance is warranted. The parties' initial expert witness disclosures shall be served by no later than March 12, 2019, the parties' supplemental expert witness disclosures shall be served no later than March 29, 2019, and all expert discovery, including motions to compel, shall be completed no later than April 26, 2019. All other dates previously set shall remain as set forth in the Amended Scheduling Conference Order dated November 19, 2018. (Doc. No. 41.) Settlement discussions are not good cause, and the parties are cautioned that any other continuance on that basis will be denied.

IT IS SO ORDERED.

Dated: **February 15, 2019**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION TO ENLARGE TIME FOR EXPERT DISCOVERY AND ORDER