UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRY FRESH BATTER, INC., <br> Plaintiff, <br> v. <br> LION RAISINS, INC., <br> Defendant. | No. 1:17-cv-01527-DAD-BAM <br><br> ORDER AMENDING TENTATIVE PRETRIAL ORDER <br><br> (Doc. No. 69) |

In view of the further Settlement Conference set for September 4, 2019, the court hereby amends the tentative pretrial order as follows:

V. DISPUTED EVIDENTIARY ISSUES/MOTIONS IN LIMINE

Any motions *in limine* counsel elects to file shall be filed no later than **September 9, 2019**. Opposition shall be filed no later than **September 13, 2019,** and any replies shall be filed no later than **September 17, 2019**. Upon receipt of any opposition briefs, the court will notify the parties if it will hear argument on any motions *in limine* prior to the first day of trial.

IT IS SO ORDERED.

Dated: **August 21, 2019**

UNITED STATES DISTRICT JUDGE